<u>**Exhibit A**</u>

<u>**ORDER**</u>

Upon consideration of Plaintiffs' Unopposed Motion to Stay Proceedings Pending Settlement ("Motion"), and for good cause shown, the Motion is hereby **GRANTED**.

All proceedings and deadlines in this matter are hereby stayed pending final approval of the settlement, except that proceedings and deadlines to effectuate the settlement shall not be stayed.

**SO ORDERED**

_____
United States District Judge